# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   JOSE LEONARDO RIVERA , CARMEN GLORIA RIVERA                Case No.   **5:18-bk-01720**

Debtor(s)                Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 14, 2018**, a copy of _Notice of Chapter 13 Bankruptcy Case_ was served electronically or by regular United States mail to the party listed below.

**Lendmark Financial Services**
**2959 Pennsylvannia 611 # 105**
**Tannersville, PA 18372**

_/s/_ Timothy B. Fisher II

Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979