United States Bankruptcy Court
Middle District of Pennsylvania

In re JOSE RIVERA, CARMEN RIVERA     Case No.    5:18-bk01720

Debtor(s)     Chapter    13

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018, a copy of <u>Notice of Chapter 13 Bankruptcy Case</u> was served electronically or by regular United States mail to the party listed below.

County Waste
P.O. Box 8010
Clifton Park, NY 12065

/s/ Timothy B. Fisher II

Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979