# FISHER & FISHER
## LAW OFFICES, L.L.C.

**Timothy B. Fisher, Esquire* ***  
**Timothy B. Fisher, II, Esquire***

\* Member of PA & Federal Bars  
\*\* Member of NY Bar  
° Member of NJ Bar

John D. Michelin, Esquire*  
Joseph F. Kulesa, Jr., Esquire* °  
Michelle F. Farley, Esquire*  
Michael A. Ventrella, Esquire*

May 21, 2018

To the Clerk of the U.S. Bankruptcy Court

**RE:** ***Jose Rivera***  
　　　***Carmen Rivera***  
　　　***Chapter 13***  
　　　***Case No. 5:18-bk-01720 RNO***

Dear Sir:

Please note the following change of address for County Waste.

Prior Address:　　1401 Route # 6  
　　　　　　　　　Greeley, PA 18425

New Address:　　P.O. Box 8010  
　　　　　　　　　Clifton Park, NY 12065

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _Timothy Fisher_  
　　Timothy B. Fisher, II  
　　　　　by EJJ

TBFII/eji

*Please Reply To:*

| ☐ Mount Pocono | ☐ Gouldsboro | ☐ Cresco | ☐ Stroudsburg |
|---|---|---|---|
| 3041 Route 940, Suite 107 | 525 Main St., PO Box 396 | 1070 PA Rte 390, PO Box 222 | 109 N. 7th Street |
| Mount Pocono, PA 18344 | Gouldsboro, PA 18424 | Cresco, PA 18326 | Stroudsburg, PA 18360 |
| (570) 839-8690 | (570) 842-2753 | (570) 595-8770 | (570) 629-6322 |
| (570) 839-7675 fax | (570) 842-8979 fax | (570) 595-8772 fax | (570) 629-6275 fax |

www.pocono-lawyers.com

Case 5:18-bk-01720-RNO　　Doc 18　　Filed 05/21/18　　Entered 05/21/18 16:17:49　　Desc  
Main Document　　Page 1 of 1