In re:                                                                    Case No. 18-01720-RNO
Jose Leonardo Rivera                                                      Chapter 13
Carmen Gloria Rivera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: REshelman          Page 1 of 2           Date Rcvd: Jun 06, 2018
                            Form ID: ntcnfhrg        Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
```
db/jdb         +Jose Leonardo Rivera,    Carmen Gloria Rivera,    53 Seneca Road,    Mount Pocono, PA 18344-1125
cr             +Americredit Financial Services, Inc.Dba GM Financi,    P.O Box 183853,
                 Arlington, TX 76096-3853
5060880       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
5052803        +Alliance One Receivables,    6565 Kimball dr., Ste 200,    Gig Harbor, WA 98335-1206
5060207        +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
5052804         Blue Ridge Communications,    P.O.Box 316,    Palmerton, PA 18071-0316
5052805         C.tech Collections, Inc.,    P.O. Box 402,    Mount Sinai, NY 11766-0402
5052807         CHS Professional Practice,    PO BOX 826348,    Philadelphia, PA 19182-6348
5052808         Comenity - Loft,    P.O. Box 659705,    San Antonio, TX 78265-9705
5052810        +County Waste,    PO Box 8010,    Clifton Park NY 12065-8010
5052813        +Debt Recovery Solutions,    6800 Jericho Turnpike,    Syosset, NY 11791-4401
5052814        +Dept of Education/OSLA,    525 Central Park D, Ste 600,    Oklahoma City, OK 73105-1706
5052815        +Devry, Inc.,    9921 Queens Blvd,    Rego Park, NY 11374-4512
5052817        +EOS CCA,    p.o. bOX 981008,    Boston, MA 02298-1008
5052816        +East Stroudsburg Borough PA,    24 Analomink Street,    East Stroudsburg, PA 18301-2801
5052818         Family Care Centers, Inc.,    P. O. Box 827658,    Philadelphia, PA 19182-7658
5052820        +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5052823        +GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
5052821        +Geisinger Medical Group,    P.O. Box 828518,    Philadelphia, PA 19182-8518
5052822        +Geisinger Wyoming Valley,    PO Box 827702,    Philadelphia, PA 19182-7702
5052824         JP Mascaro & Sons,    P.O. Box 7310,    Audubon, PA 19407-7310
5052825        +Kilareski Orthodontics,    134 Washington St,    East Stroudsburg, PA 18301-2819
5065446       ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
               (address filed with court: Lendmark Financial Services LLC,    Attn: Bankruptcy Dept.,
                 2118 Usher Street NW,    Covington, Georgia 30014)
5052826        +Lehigh Valley Health Network,    PO Box 4067,    Allentown, PA 18105-4067
5052827         Lendmark Financial Servi,    2959 PA 611 no.105,    Tannersville, PA 18372
5068918        +MIAMI DADE EXPRESSWAY AUTHORITY,    PO BOX 22826,    HIALEAH , FL 33002-2826
5052832        +Merchants' Credit Guide Co.,    223 W Jackson Blvd, #700,    Chicago, IL 60606-6914
5052833         Miami-Dade Exressway Authority,    P.O. Box 865005,    Orlando, FL 32886-0001
5052835         Mountain Valley Orthopedics,    600 Plaza Ct. Suite C,    East Stroudsburg, PA 18301-8263
5052836        +Mt. Pocono Municipal Authority,    1361 Pocono Blvd, Ste 101,    Mount Pocono, PA 18344-1045
5061372        +NAPA AT POCONO MEDICAL CTR, LLC,    C. TECH COLLECTIONS , INC.,    5505 NESCONSET HWY - STE 200,
                 MT. SINAI NY 11766-2026
5052837        +NAPA At Pocono Medical Ctr,    206 East Brown Street,    East Stroudsburg, PA 18301-3094
5052839         NY State Dept of Taxation,    Bankruptcy, Section,    PO Box 5300,    Albany, NY 12205-0300
5052838        +Navient,    123 Justison Street,    3rd Floor,    Wilmington, DE 19801-5360
5058728         OSLA Student Loan Servicing,    P.O.Box 18475,    Oklahoma City , OK 73154-0475
5052841        +PA Turnpike Comission,    300 East Park Drive,    Harrisburg, PA 17111-2729
5052843        +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
5052845        +PP & L,    827 Hausman Road,    Allentown, PA 18104-9392
5052842        +Penn Credit Corp,    916 S 14th St,    Harrisburg, PA 17104-3425
5052844        +Pocono Ear, Nose, Throat,    296 East Brown Street,    East Stroudsburg, PA 18301-3011
5052847         Regional Acceptance Corp.,    1424E East FireTower Road,    Greenville, NC 27858
5052848        +Rushmore Service center,    P.O Box 5508,    Sioux Falls, SD 57117-5508
5052849         Solomon and Solomon,    Columbia Circle,    PO Box 15019,    Albany, NY 12212-5019
5052851        +Ted's Used Auto,    1723 W. Main Street,    Stroudsburg, PA 18360-1072
5052852         Toll-By-Plate,    P.O. Box 105477,    Atlanta, GA 30348-5477
5056592        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
5052853        +Velocity Investments,    1800 Rt. 34 N,Ste 404A,    Belmar, NJ 07719-9147
5052856         Wells Fargo Card Service,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5052802         E-mail/Text: EBNProcessing@afni.com Jun 06 2018 19:32:55      AFNI, INC.,    P.O. Box 3517,
                 Bloomington, IL 61702-3517
5052806        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2018 19:30:17
                 Capital One Bank USA NA,    P.O.Box 30281,    Salt Lake City, UT 84130-0281
5052808         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2018 19:32:37      Comenity - Loft,
                 P.O. Box 659705,    San Antonio, TX 78265-9705
5052809        +E-mail/Text: bankruptcy@consumerportfolio.com Jun 06 2018 19:32:57      Consumer Portfolio,
                 PO Box 57071,    Irvine, CA 92619-7071
5052811        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 06 2018 19:33:14
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
5052812        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2018 19:30:00      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
5052819        +E-mail/Text: data_processing@fin-rec.com Jun 06 2018 19:32:29      Financial Recovery Services,
                 P.O. Box 385908,    Minneapolis, MN 55438-5908
5052828        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2018 19:30:39      LVNV Funding,
                 PO Box 10497,    Greenville, SC 29603-0497
```

```
District/off: 0314-5           User: REshelman         Page 2 of 2              Date Rcvd: Jun 06, 2018
                               Form ID: ntcnfhrg       Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5052829        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2018 19:30:39      LVNV Funding LLC,
                 c/o Resurgent Capital Svc,    P.O. Box 1269,   Greenville, SC 29602-1269
5052830         E-mail/Text: camanagement@mtb.com Jun 06 2018 19:32:30      M & T Bank,   PO Box 900,
                 Millsboro, DE 19966
5052831        +E-mail/Text: rcpsbankruptcynotices@parallon.com Jun 06 2018 19:33:15      Medicredit Corp.,
                 P.O. Box 1629,   Maryland Heights, MO 63043-0629
5052834        +E-mail/Text: mmrgbk@miramedrg.com Jun 06 2018 19:32:51      Miramed  Revenue Group,
                 360 E 22nd ST,   Lombard, IL 60148-4924
5052840        +E-mail/PDF: cbp@onemainfinancial.com Jun 06 2018 19:30:10      Onemain,   PO Box 1010,
                 Evansville, IN 47706-1010
5052846        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 06 2018 19:33:14
                 Progressive Advanced Insurance Co,   Processing Center,   PO Box 55126,
                 Boston, MA 02205-5126
5059628         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 06 2018 19:30:37      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
5052850         E-mail/PDF: cbp@onemainfinancial.com Jun 06 2018 19:30:07      Springleaf Financial Services,
                 2959 Route 611 Ste 105,   Tannersville, PA 18372-7926
5052854        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 06 2018 19:32:17
                 Verizon,   500 Technology Dr., Ste 300,   Weldon Spring, MO 63304-2225
5052855         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 06 2018 19:32:17
                 Verizon Wireless,   P. O. Box 489,   Newark, NJ 07101
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Timothy B. Fisher, II   on behalf of Debtor 2 Carmen Gloria Rivera donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II   on behalf of Debtor 1 Jose Leonardo Rivera donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jose Leonardo Rivera,
  **Debtor 1**

Carmen Gloria Rivera,
  **Debtor 2**

Chapter 13

Case No. 5:18–bk–01720–RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **July 10, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: July 17, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 6, 2018 |

ntcnfhrg (03/18)