```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                    Case No. 18-01720-RNO
Jose Leonardo Rivera                                                      Chapter 13
Carmen Gloria Rivera
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman               Page 1 of 2           Date Rcvd: Jun 06, 2018
                              Form ID: pdf002               Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db/jdb         +Jose Leonardo Rivera,   Carmen Gloria Rivera,   53 Seneca Road,   Mount Pocono, PA 18344-1125
cr              +Americredit Financial Services, Inc.Dba GM Financi,    P.O Box 183853,
                  Arlington, TX 76096-3853
5060880        ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,   Dba GM Financial,
                  P.O Box 183853,   Arlington, TX 76096)
5052803        +Alliance One Receivables,   6565 Kimball dr., Ste 200,   Gig Harbor, WA 98335-1206
5060207        +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
5052804         Blue Ridge Communications,   P.O.Box 316,   Palmerton, PA 18071-0316
5052805         C.tech Collections, Inc.,   P.O. Box 402,   Mount Sinai, NY 11766-0402
5052807         CHS Professional Practice,   PO BOX 826348,   Philadelphia, PA 19182-6348
5052808         Comenity - Loft,   P.O. Box 659705,   San Antonio, TX 78265-9705
5052810        +County Waste,   PO Box 8010,   Clifton Park NY 12065-8010
5052813        +Debt Recovery Solutions,   6800 Jericho Turnpike,   Syosset, NY 11791-4401
5052814        +Dept of Education/OSLA,   525 Central Park D, Ste 600,   Oklahoma City, OK 73105-1706
5052815        +Devry, Inc.,   9921 Queens Blvd,   Rego Park, NY 11374-4512
5052817        +EOS CCA,   p.o. bOX 981008,   Boston, MA 02298-1008
5052816        +East Stroudsburg Borough PA,   24 Analomink Street,   East Stroudsburg, PA 18301-2801
5052818         Family Care Centers, Inc.,   P. O. Box 827658,   Philadelphia, PA 19182-7658
5052820        +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
5052823        +GM Financial,   P.O. Box 181145,   Arlington, TX 76096-1145
5052821        +Geisinger Medical Group,   P.O. Box 828518,   Philadelphia, PA 19182-8518
5052822        +Geisinger Wyoming Valley,   PO Box 827702,   Philadelphia, PA 19182-7702
5052824         JP Mascaro & Sons,   P.O. Box 7310,   Audubon, PA 19407-7310
5052825        +Kilareski Orthodontics,   134 Washington St,   East Stroudsburg, PA 18301-2819
5065446        ++LENDMARK FINANCIAL SERVICES LLC,   2118 USHER STREET,   COVINGTON GA 30014-2434
                 (address filed with court: Lendmark Financial Services LLC,   Attn: Bankruptcy Dept.,
                  2118 Usher Street NW,   Covington, Georgia 30014)
5052826        +Lehigh Valley Health Network,   PO Box 4067,   Allentown, PA 18105-4067
5052827         Lendmark Financial Servi,   2959 PA 611 no.105,   Tannersville, PA 18372
5068918        +MIAMI DADE EXPRESSWAY AUTHORITY,   PO BOX 22826,   HIALEAH , FL 33002-2826
5052832        +Merchants' Credit Guide Co.,   223 W Jackson Blvd, #700,   Chicago, IL 60606-6914
5052833         Miami-Dade Exressway Authority,   P.O. Box 865005,   Orlando, FL 32886-0001
5052835         Mountain Valley Orthopedics,   600 Plaza Ct. Suite C,   East Stroudsburg, PA 18301-8263
5052836        +Mt. Pocono Municipal Authority,   1361 Pocono Blvd, Ste 101,   Mount Pocono, PA 18344-1045
5061372        +NAPA AT POCONO MEDICAL CTR, LLC,   C. TECH COLLECTIONS , INC.,   5505 NESCONSET HWY - STE 200,
                  MT. SINAI NY 11766-2026
5052837        +NAPA At Pocono Medical Ctr,   206 East Brown Street,   East Stroudsburg, PA 18301-3094
5052839         NY State Dept of Taxation,   Bankruptcy, Section,   PO Box 5300,   Albany, NY 12205-0300
5052838        +Navient,   123 Justison Street,   3rd Floor,   Wilmington, DE 19801-5360
5058728         OSLA Student Loan Servicing,   P.O.Box 18475,   Oklahoma City , OK 73154-0475
5052841        +PA Turnpike Comission,   300 East Park Drive,   Harrisburg, PA 17111-2729
5052843        +PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
5052845        +PP & L,   827 Hausman Road,   Allentown, PA 18104-9392
5052842        +Penn Credit Corp,   916 S 14th St,   Harrisburg, PA 17104-3425
5052844        +Pocono Ear, Nose, Throat,   296 East Brown Street,   East Stroudsburg, PA 18301-3011
5052847         Regional Acceptance Corp.,   1424E East FireTower Road,   Greenville, NC 27858
5052848        +Rushmore Service center,   P.O Box 5508,   Sioux Falls, SD 57117-5508
5052849         Solomon and Solomon,   Columbia Circle,   PO Box 15019,   Albany, NY 12212-5019
5052851        +Ted's Used Auto,   1723 W. Main Street,   Stroudsburg, PA 18360-1072
5052852         Toll-By-Plate,   P.O. Box 105477,   Atlanta, GA 30348-5477
5056592        +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                  Washington, DC 20410-0002
5052853        +Velocity Investments,   1800 Rt. 34 N,Ste 404A,   Belmar, NJ 07719-9147
5052856         Wells Fargo Card Service,   PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5052802         E-mail/Text: EBNProcessing@afni.com Jun 06 2018 19:32:54      AFNI, INC.,   P.O. Box 3517,
                  Bloomington, IL 61702-3517
5052806        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2018 19:29:57
                  Capital One Bank USA NA,   P.O.Box 30281,   Salt Lake City, UT 84130-0281
5052808         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2018 19:32:32      Comenity - Loft,
                  P.O. Box 659705,   San Antonio, TX 78265-9705
5052809        +E-mail/Text: bankruptcy@consumerportfolio.com Jun 06 2018 19:32:56     Consumer Portfolio,
                  PO Box 57071,   Irvine, CA 92619-7071
5052811        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 06 2018 19:33:14
                  Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
5052812        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2018 19:30:20      Credit One Bank,
                  PO Box 98872,   Las Vegas, NV 89193-8872
5052819        +E-mail/Text: data_processing@fin-rec.com Jun 06 2018 19:32:29      Financial Recovery Services,
                  P.O. Box 385908,   Minneapolis, MN 55438-5908
5052828        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2018 19:30:39      LVNV Funding,
                  PO Box 10497,   Greenville, SC 29603-0497
```

Case 5:18-bk-01720-RNO    Doc 23    Filed 06/08/18    Entered 06/09/18 00:42:50    Desc
                  Imaged Certificate of Notice    Page 1 of 12

```
District/off: 0314-5            User: REshelman             Page 2 of 2                Date Rcvd: Jun 06, 2018
                                Form ID: pdf002             Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5052829        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2018 19:35:56      LVNV Funding LLC,
                 c/o Resurgent Capital Svc,    P.O. Box 1269,    Greenville, SC 29602-1269
5052830         E-mail/Text: camanagement@mtb.com Jun 06 2018 19:32:30      M & T Bank,    PO Box 900,
                 Millsboro, DE 19966
5052831        +E-mail/Text: rcpsbankruptcynotices@parallon.com Jun 06 2018 19:33:15      Medicredit Corp.,
                 P.O. Box 1629,    Maryland Heights, MO 63043-0629
5052834        +E-mail/Text: mmrgbk@miramedrg.com Jun 06 2018 19:32:51      Miramed  Revenue Group,
                 360 E 22nd ST,    Lombard, IL 60148-4924
5052840        +E-mail/PDF: cbp@onemainfinancial.com Jun 06 2018 19:30:06      Onemain,    PO Box 1010,
                 Evansville, IN 47706-1010
5052846        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 06 2018 19:33:14
                 Progressive Advanced Insurance Co,    Processing Center,    PO Box 55126,
                 Boston, MA 02205-5126
5059628         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 06 2018 19:30:37      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
5052850         E-mail/PDF: cbp@onemainfinancial.com Jun 06 2018 19:30:06      Springleaf Financial Services,
                 2959 Route 611 Ste 105,    Tannersville, PA 18372-7926
5052854        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 06 2018 19:32:14
                 Verizon,    500 Technology Dr., Ste 300,    Weldon Spring, MO 63304-2225
5052855         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 06 2018 19:32:14
                 Verizon Wireless,    P. O. Box 489,    Newark, NJ 07101
                                                                                              TOTAL: 18

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Carmen Gloria Rivera donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Jose Leonardo Rivera donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

Rev. 12/01/17

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JOSE LEONARDO RIVERA :
CARMEN GLORIA RIVERA : CASE NO. 5:18-bk-
:
: _X_ ORIGINAL PLAN
: ____ AMENDED PLAN (Indicate 1ST, 2ND,
: 3RD, etc.)
: ____ Number of Motions to Avoid Liens Number of
  Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☑ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☑ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

      1. To date, the Debtor paid $.00_____ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make

1

conduit payments through the Trustee as set forth below. The total base plan is $24,012.00_____, plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 05/2018 | 04/2023 | $400.22 | | $400.22 | $24,012.00 |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $24,012.00 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    *4.* CHECK ONE: (X) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

        ( ) Debtor is over median income. Debtor calculates that a minimum of $_____ must be paid to allowed unsecured creditors in order to comply with the Means Test.

**B. Additional Plan Funding From Liquidation of Assets/Other**

    1. The Debtor estimates that the liquidation value of this estate is $_____. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

   X   No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

   ___   Certain assets will be liquidated as follows:

    2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of

2

Case 5:18-bk-01720-RNO    Doc 10    Filed 04/26/18    Entered 04/26/18 08:34:38    Desc
Main Document    Page 2 of 10
Case 5:18-bk-01720-RNO    Doc 23    Filed 06/08/18    Entered 06/09/18 00:42:50    Desc
Imaged Certificate of Notice    Page 4 of 12

property known and designated as _____
_____. All sales shall be completed by
_____, 20___. If the property does not sell by the date
specified, then the disposition of the property shall be as follows:
_____.

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____
_____

2. **SECURED CLAIMS.**

   A. <u>**Pre-Confirmation Distributions.**</u> *Check one.*

   _X_ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

   ___ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

   | Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
   |---|---|---|
   |  |  |  |

   1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

   2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

   B. <u>**Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.**</u> *Check one.*

   ___ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

   _X_ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

3

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| M & T Bank | 53 Seneca Road Mount Pocono, PA 18344 | |
| Regional Acceptance Corp | 2016 Mitsubihi Outlander | |
| | | |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check one.*

   ___ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

    X    The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| M & T Bank | 53 Seneca Road Mount Pocono, PA 18344 | $4,236.50 | | $4,236.50 |
| | | | | |
| | | | | |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

    X    None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

4

Rev. 12/01/17

___ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until completion of payments under the plan.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

___ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until entry of discharge. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

5

Case 5:18-bk-01720-RNO    Doc 10    Filed 04/26/18    Entered 04/26/18 08:34:38    Desc
Main Document      Page 5 of 10
Case 5:18-bk-01720-RNO    Doc 23    Filed 06/08/18    Entered 06/09/18 00:42:50    Desc
Imaged Certificate of Notice    Page 7 of 12

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan or Adversary Action |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

    *F.* **Surrender of Collateral.** *Check one.*

  __X__  None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

  ___  The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| | |
| | |
| | |

    *G.* **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

  __X__  None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

  ___  The Debtor moves to avoid the following judicial and/or nonpossessory, non-purchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

6

Case 5:18-bk-01720-RNO    Doc 10    Filed 04/26/18    Entered 04/26/18 08:34:38    Desc
Main Document    Page 6 of 10
Case 5:18-bk-01720-RNO    Doc 23    Filed 06/08/18    Entered 06/09/18 00:42:50    Desc
Imaged Certificate of Notice    Page 8 of 12

| The name of the holder of the lien. | | |
|---|---|---|
| A description of the lien. For a judicial lien, include court and docket number. | | |
| A description of the liened property. | | |
| The value of the liened property. | | |
| The sum of senior liens. | | |
| The value of any exemption claimed. | | |
| The amount of the lien. | | |
| The amount of lien avoided. | | |

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

   1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney's fees</u>. Complete only one of the following options:

      a. In addition to the retainer of $1,025.00 already paid by the Debtor, the amount of $2,975.00 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
      *Check one of the following two lines.*

      __X__ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

      ____ The following administrative claims will be paid in full.

| Name of Creditor | Estimated Total Payment |
|---|---|
| | |
| | |

7

Case 5:18-bk-01720-RNO    Doc 10    Filed 04/26/18    Entered 04/26/18 08:34:38    Desc
Main Document    Page 7 of 10
Case 5:18-bk-01720-RNO    Doc 23    Filed 06/08/18    Entered 06/09/18 00:42:50    Desc
Imaged Certificate of Notice    Page 9 of 12

B. **Priority Claims (including, but not limited to, Domestic Support Obligations other than those treated in § 3.C below).** *Check one of the following two lines.*

___ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

___ Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |
|  |  |
|  |  |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

X  None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

___ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim. *This plan provision requires that payments in § 1.A. be for a term of 60 months (see 11 U.S.C. §1322(a)(4)).*

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

4. **UNSECURED CLAIMS**

    A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

    X  None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    ___ To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other,

8

unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply.

| Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
|---|---|---|---|---|
|  |  |  |  |  |

B. Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   X    None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

   ___  The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ___ plan confirmation.
   _X_ entry of discharge.
   ___ closing of case.

9

7. **DISCHARGE: (Check one)**

   (X) The debtor will seek a discharge pursuant to § 1328(a).
   ( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the fllowing order:

Level 1: __Debtor's Attorney_____

Level 2: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated: 1/24/18

_____
Timothy B. Fisher, II, Attorney for Debtor

_____
Jose Leonardo Rivera, Debtor

_____
Carmen Gloria Rivera, Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

10