```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 18-01720-RNO
Jose Leonardo Rivera                                            Chapter 13
Carmen Gloria Rivera
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: PRadginsk        Page 1 of 1        Date Rcvd: Aug 01, 2018
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db/jdb         +Jose Leonardo Rivera,   Carmen Gloria Rivera,   53 Seneca Road,   Mount Pocono, PA 18344-1125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Timothy B. Fisher, II   on behalf of Debtor 2 Carmen Gloria Rivera donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II   on behalf of Debtor 1 Jose Leonardo Rivera donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSE LEONARDO RIVERA and<br>CARMEN GLORIA RIVERA,<br><br>Debtors,<br><br>REGIONAL ACCEPTANCE CORPORATION,<br><br>Movant,<br><br>v.<br><br>JOSE LEONARDO RIVERA and<br>CARMEN GLORIA RIVERA and<br>CHARLES J. DEHART, III, Trustee,<br><br>Respondents. | Bankruptcy No. 5:18-bk-01720-RNO<br><br>Chapter 13<br><br>Doc. No.    24 |

ORDER OF COURT

AND NOW, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a.    Relief from the Automatic Stay is granted as to the interest of Regional Acceptance Corporation, in the 2016 Mitsubishi Outlander Sport Utility 4D ES AWD 2.4L I4, VIN JA4AR3AW2GZ032348; and,

    b.    Debtors shall disclose the location of the Vehicle and cooperate with its surrender.

Dated: August 1, 2018

By the Court,

_Robert N. Opel, II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)