IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| In re: | : | |
| **JOSE LEONARDO RIVERA** | : | |
| **CARMEN GLORIA RIVERA** | : | |
|     Debtors | : | |
|     Debtors | : | **CHAPTER 13** |
| | : | |
| **JOSE LEONARDO RIVERA** | : | |
| **CARMEN GLORIA RIVERA** | : | |
|     Debtors | : | |
|     Movants | : | **CASE NO. 5:18-bk-01720 RNO** |
| Vs. | : | |
| **CHARLES J. DeHART, III, STANDING** | : | |
| **CHAPTER 13 TRUSTEE** | : | |
| | : | |

**TO: THE U.S. BANKRUPTCY COURT CLERK**

    **KINDLY** withdraw the Motion to Modify Plan filed on October 12, 2018 at document #34.

Respectfully submitted,

DATE: November 9, 2018      By: /s/ Timothy B. Fisher, II
    Timothy B. Fisher, II
    Attorney ID#85800
    FISHER & FISHER LAW OFFICES
    P.O. Box 396
    Gouldsboro, PA 18424