

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
2019 NOV -5 PM 1:19
CLERK
U.S. BANKRUPTCY COURT

IN RE: JOSE L RIVERA

CHAPTER 13 CASE NO. 18-01720

## NOTICE of CREDITOR ADDRESS CHANGE for PAYMENTS

NAME                OSLA/U.S. DEPARTMENT OF EDUCATION

OLD PAYMENT ADDRESS     U.S. DEPARTMENT OF EDUCATION

PO BOX 530278

ATLANTA GA 30353-0278

NEW PAYMENT ADDRESS     U.S. DEPARTMENT OF EDUCATION

PO BOX 4278

PORTLAND OR 97208-4278

DATE October 17, 2019              Signed Emily Wright Project Coordinator

*Emily Wright*