Certificate Number: 00301-RI-DE-035594786

Bankruptcy Case Number: 18-01720


00301-RI-DE-035594786

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 21, 2021</u>, at <u>4:07</u> o'clock <u>PM EDT</u>, <u>CARMEN G RIVERA</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Rhode Island</u>.

Date: <u>April 21, 2021</u>  By: <u>/s/Sonia Cortez</u>

Name: <u>Sonia Cortez</u>

Title: <u>Certified Bankruptcy Counselor</u>

Certificate Number: 00301-RI-DE-035594784

Bankruptcy Case Number: 18-01720


00301-RI-DE-035594784

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 21, 2021</u>, at <u>4:07</u> o'clock <u>PM EDT</u>, <u>JOSE L RIVERA</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Rhode Island</u>.

Date: <u>April 21, 2021</u>　　　By: <u>/s/Sonia Cortez</u>

　　　　　　　　　　　　　　Name: <u>Sonia Cortez</u>

　　　　　　　　　　　　　　Title: <u>Certified Bankruptcy Counselor</u>