United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-01720-HWV
Jose Leonardo Rivera  Chapter 13
Carmen Gloria Rivera
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Jun 21, 2021     Form ID: 3180W     Total Noticed: 74

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Jose Leonardo Rivera, Carmen Gloria Rivera, 53 Seneca Road, Mount Pocono, PA 18344-1125 |
| 5052803 | #+ | Alliance One Receivables, 6565 Kimball dr., Ste 200, Gig Harbor, WA 98335-1206 |
| 5052804 | | Blue Ridge Communications, P.O.Box 316, Palmerton, PA 18071-0316 |
| 5052805 | | C.tech Collections, Inc., P.O. Box 402, Mount Sinai, NY 11766-0402 |
| 5052807 | | CHS Professional Practice, PO BOX 826348, Philadelphia, PA 19182-6348 |
| 5052810 | + | County Waste, PO Box 8010, Clifton Park NY 12065-8010 |
| 5052813 | + | Debt Recovery Solutions, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 5052814 | + | Dept of Education/OSLA, 525 Central Park D, Ste 600, Oklahoma City, OK 73105-1706 |
| 5052815 | + | Devry, Inc., 9921 Queens Blvd, Rego Park, NY 11374-4512 |
| 5052817 | + | EOS CCA, p.o. bOX 981008, Boston, MA 02298-1008 |
| 5052816 | + | East Stroudsburg Borough PA, 24 Analomink Street, East Stroudsburg, PA 18301-2801 |
| 5052818 | | Family Care Centers, Inc., P. O. Box 827658, Philadelphia, PA 19182-7658 |
| 5052821 | + | Geisinger Medical Group, P.O. Box 828518, Philadelphia, PA 19182-8518 |
| 5052822 | + | Geisinger Wyoming Valley, PO Box 827702, Philadelphia, PA 19182-7702 |
| 5052824 | | JP Mascaro & Sons, P.O. Box 7310, Audubon, PA 19407-7310 |
| 5052825 | + | Kilareski Orthodontics, 134 Washington St, East Stroudsburg, PA 18301-2819 |
| 5052826 | + | Lehigh Valley Health Network, PO Box 4067, Allentown, PA 18105-4067 |
| 5052827 | | Lendmark Financial Servi, 2959 PA 611 no.105, Tannersville, PA 18372 |
| 5052832 | #+ | Merchants' Credit Guide Co., 223 W Jackson Blvd, #700, Chicago, IL 60606-6914 |
| 5052833 | | Miami-Dade Exressway Authority, P.O. Box 865005, Orlando, FL 32886-0001 |
| 5052835 | | Mountain Valley Orthopedics, 600 Plaza Ct. Suite C, East Stroudsburg, PA 18301-8263 |
| 5052836 | + | Mt. Pocono Municipal Authority, 1361 Pocono Blvd, Ste 101, Mount Pocono, PA 18344-1045 |
| 5061372 | + | NAPA AT POCONO MEDICAL CTR, LLC, C. TECH COLLECTIONS , INC., 5505 NESCONSET HWY - STE 200, MT. SINAI NY 11766-2026 |
| 5052837 | + | NAPA At Pocono Medical Ctr, 206 East Brown Street, East Stroudsburg, PA 18301-3094 |
| 5052839 | | NY State Dept of Taxation, Bankruptcy, Section, PO Box 5300, Albany, NY 12205-0300 |
| 5058728 | | OSLA Student Loan Servicing, P.O.Box 18475, Oklahoma City , OK 73154-0475 |
| 5052841 | + | PA Turnpike Comission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 5052845 | + | PP & L, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5074477 | + | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5052844 | + | Pocono Ear, Nose, Throat, 296 East Brown Street, East Stroudsburg, PA 18301-3011 |
| 5052847 | | Regional Acceptance Corp., 1424E East FireTower Road, Greenville, NC 27858 |
| 5052848 | + | Rushmore Service center, P.O Box 5508, Sioux Falls, SD 57117-5508 |
| 5052849 | | Solomon and Solomon, Columbia Circle, PO Box 15019, Albany, NY 12212-5019 |
| 5052851 | + | Ted's Used Auto, 1723 W. Main Street, Stroudsburg, PA 18360-1072 |
| 5052852 | | Toll-By-Plate, P.O. Box 105477, Atlanta, GA 30348-5477 |
| 5052853 | + | Velocity Investments, 1800 Rt. 34 N,Ste 404A, Belmar, NJ 07719-9147 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cr | + EDI: PHINAMERI.COM | Jun 21 2021 22:53:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O Box 183853, Arlington, TX 76096-3853 |
| 5052802 | EDI: AFNIRECOVERY.COM | Jun 21 2021 22:53:00 | AFNI, INC., P.O. Box 3517, Bloomington, IL 61702-3517 |
| 5060880 | EDI: PHINAMERI.COM | Jun 21 2021 22:53:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5060207 | + EDI: PHINAMERI.COM | Jun 21 2021 22:53:00 | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 5052806 | + EDI: CAPITALONE.COM | Jun 21 2021 22:53:00 | Capital One Bank USA NA, P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 5052808 | EDI: WFNNB.COM | Jun 21 2021 22:53:00 | Comenity - Loft, P.O. Box 659705, San Antonio, TX 78265-9705 |
| 5052809 | + Email/Text: bankruptcy@consumerportfolio.com | Jun 21 2021 18:55:00 | Consumer Portfolio, PO Box 57071, Irvine, CA 92619-7071 |
| 5052811 | + EDI: CCS.COM | Jun 21 2021 22:53:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5052812 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2021 18:53:30 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5052819 | + Email/Text: data_processing@fin-rec.com | Jun 21 2021 18:54:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 5052820 | + EDI: AMINFOFP.COM | Jun 21 2021 22:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5052823 | + EDI: PHINAMERI.COM | Jun 21 2021 22:53:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 5146209 | EDI: JEFFERSONCAP.COM | Jun 21 2021 22:53:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5146210 | EDI: JEFFERSONCAP.COM | Jun 21 2021 22:53:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5065446 | Email/Text: ktramble@lendmarkfinancial.com | Jun 21 2021 18:54:00 | Lendmark Financial Services LLC, Attn: Bankruptcy Dept., 2118 Usher Street NW, Covington, Georgia 30014 |
| 5052828 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2021 11:58:01 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 5052829 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2021 18:53:30 | LVNV Funding LLC, c/o Resurgent Capital Svc, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5075949 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2021 18:53:10 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5079026 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2021 11:58:28 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5079851 | Email/Text: camanagement@mtb.com | Jun 21 2021 18:54:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5052830 | Email/Text: camanagement@mtb.com | Jun 21 2021 18:54:00 | M & T Bank, PO Box 900, Millsboro, DE 19966 |
| 5052831 | + EDI: PARALONMEDCREDT | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 21 2021 22:53:00 | Medicredit Corp., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 5052834 | + | Email/Text: mmrgbk@miramedrg.com | Jun 21 2021 18:55:00 | Miramed Revenue Group, 360 E 22nd ST, Lombard, IL 60148-4924 |
| 5052838 | + | EDI: NAVIENTFKASMSERV.COM | Jun 21 2021 22:53:00 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 5052840 | + | EDI: AGFINANCE.COM | Jun 21 2021 22:53:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5052843 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 21 2021 18:54:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 5078493 | + | EDI: JEFFERSONCAP.COM | Jun 21 2021 22:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5052846 | + | EDI: CCS.COM | Jun 21 2021 22:53:00 | Progressive Advanced Insurance Co, Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 5077115 | | EDI: Q3G.COM | Jun 21 2021 22:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5059628 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 21 2021 19:06:58 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5052850 | | EDI: AGFINANCE.COM | Jun 21 2021 22:53:00 | Springleaf Financial Services, 2959 Route 611 Ste 105, Tannersville, PA 18372-7926 |
| 5172207 | + | Email/Text: bncmail@w-legal.com | Jun 21 2021 18:55:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, Scolopax, LLC, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5172206 | + | Email/Text: bncmail@w-legal.com | Jun 21 2021 18:55:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5056592 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 21 2021 18:53:29 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 5076181 | | EDI: AIS.COM | Jun 21 2021 22:53:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5052854 | + | EDI: VERIZONCOMB.COM | Jun 21 2021 22:53:00 | Verizon, 500 Technology Dr., Ste 300, Weldon Spring, MO 63304-2225 |
| 5052855 | + | EDI: VERIZONCOMB.COM | Jun 21 2021 22:53:00 | Verizon Wireless, P. O. Box 489, Newark, NJ 07101-0489 |
| 5052856 | + | EDI: WFFC.COM | Jun 21 2021 22:53:00 | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5068918 | ##+ | MIAMI DADE EXPRESSWAY AUTHORITY, PO BOX 22826, HIALEAH , FL 33002-2826 |
| 5052842 | ##+ | Penn Credit Corp, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Carmen Gloria Rivera donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Jose Leonardo Rivera donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jose Leonardo Rivera<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1659<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Carmen Gloria Rivera<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2708<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-01720-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jose Leonardo Rivera                    Carmen Gloria Rivera

**By the court:**  /s/ Henry W. Van Eck

6/21/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**