# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **  
Timothy B. Fisher, II, Esquire*

John D. Michelin, Esquire*  
Joseph F. Kulesa, Jr., Esquire* °  
Michelle F. Farley, Esquire*  
Michael A. Ventrella, Esquire*

\* Member of PA & Federal Bars  
\** Member of NY Bar  
° Member of NJ Bar

September 21, 2021

To the Clerk of the U.S. Bankruptcy Court

**RE:** *Jose Leonardo Rivera*  
*Carmen Gloria Rivera*  
*Case No. 5:18-bk-01720*

Dear Sir or Madam:

Please note the following change of address for the debtors,

Prior Address:  53 Seneca Road  
Mount Pocono, PA 18344

New Address:  P.O. Box 1149  
Norristown, PA 19404

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: *Tim B. Fisher II* mck  
Timothy B. Fisher, II

TBFII/mck

Please Reply To:

☐ Mount Pocono  
3041 Route 940, Suite 107  
Mount Pocono, PA 18344  
(570) 839-8690  
(570) 839-7675 fax

☒ Gouldsboro  
525 Main St., PO Box 396  
Gouldsboro, PA 18424  
(570) 842-2753  
(570) 842-8979 fax

☐ Cresco  
1032 PA Route 390 #101, PO Box 222  
Cresco, PA 18326  
(570) 595-8770  
(570) 595-8772 fax

☐ Stroudsburg  
109 N. 7th Street  
Stroudsburg, PA 18360  
(570) 629-6322  
(570) 629-6275 fax

www.pocono-lawyers.com